UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENELLEN JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C08-5753RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The matter is therefore REMANDED to the administration for further consideration; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

IT IS SO ORDERED this 27th day of August, 2009.

                                          /s/ Ronald B. Leighton

                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE