# United States District Court

WESTERN DISTRICT OF WASHINGTON

GENELLEN JONES

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5753RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The matter is therefore REMANDED to the administration for further consideration.

   August 27, 2009     
Date

   BRUCE RIFKIN     
Clerk

   *s/CM Gonzalez*     
Deputy Clerk