United States District Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

SEP 30 2009

CLERK U.S. ... COURT
WESTERN DISTRICT OF ... TON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENELLEN JONES, | CIVIL NO. 09-5753 RBL |
| Plaintiff, | ORDER FOR EAJA FEES AND EXPENSES, AND COSTS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,861.36 and expenses of $26.58 pursuant to 28 U.S.C. §2412 and costs of $11.40 as set out at 28 U.S.C. §1920. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5753 RBL] - 1

Douglas, Drachler, McKee & Gilbrough LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1 | DATED this 30th day of September, 2009

                                             Ronald B. Leighton
                                             United States District Judge

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5753 RBL] - 2

Douglas, Drachler, McKee & Gilbrough LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900